AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 17 2026

CLERK, U.S. DISTRICT COURT
By ______________________
Deputy

United States of America
v.

Oliverio Perez-Matul

*Defendant(s)*

Case No. 2:26-MJ-159

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 14, 2026 in the county of Hutchinson in the Northern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8 United States Code, Section 1326(a) and 6 United States Code, Sections 202(3), 202(4) and 557 | Illegal Re-Entry After Deportation |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

*Complainant's signature*

Robert Ayala, HSI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 8/17/26

*Judge's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF COMPLAINT**
**Case No. 2:26-MJ-159**

**Title 8, United States Code, Section 1326(a)**

As a result of my training and experience, I am familiar with federal immigration laws, including 8 U.S.C. § 1326(a), which makes it unlawful to illegally re-enter the United States after deportation or removal. There are four elements to this offense: (1) That the defendant was an alien at the time alleged in the indictment; (2) That the defendant had previously been deported, denied admission, excluded, or removed from the United States; (3) That thereafter the defendant knowingly entered, attempted to enter, or was found in the United States; and (4) That the defendant had not received the consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to apply for readmission to the United States since the time of the defendant's previous deportation. An "alien" is any person who is not a citizen or national of the United States. 8 U.S.C. 1101(a)(3).

**Facts Establishing Probable Cause**

On August 14, 2026, Homeland Security Investigations (HSI) Special Agent Robert Ayala and Enforcement and Removal Operations (ERO) Deportation Officers (DO) encountered Oliverio PEREZ-Matul in Stinnett, Hutchinson County, TX, which is in the Amarillo Division of the Northern District of Texas. Immigration records were queried and discovered that PEREZ-Matul is, and was on August 14, 2026, a citizen and national of Guatemala by virtue of his birth in Guatemala. Those records also showed that PEREZ-Matul had been removed from the United States previously, on or about

October 18, 2018, at or near, the Port of Departure in Alexandria, LA. PEREZ-Matul's immigration records showed that he had not received the consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to apply for readmission to the United States since the time of that previous removal.

Robert Ayala
Homeland Security Investigations
Special Agent

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will be issued. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 17th day of August, 2026.

Lee Ann Reno
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE